MORALES, PETICIONARIO, *v.* LA CORTE DE DISTRITO DE HUMACAO, DEMANDADA.

SOLICITUD para que se expida un auto de *certiorari* contra la Corte de Distrito de Humacao en un caso sobre declaratoria de herederos.

No. 346.—Resuelto en marzo 14, 1922.

*Certiorari* IMPROCEDENTE.—Cuando no se alega en la petición errores de procedimiento sino la consideración y resolución errónea de cuestiones planteadas en las alegaciones, el auto de *certiorari* debe denegarse.

ID.—ID.—No es motivo bastante para expedir un auto de *certiorari* la circunstancia de que pudiera prescribir el derecho del peticionario antes de resolverse la apelación que también había establecido, pues tal riesgo que siempre asume todo litigante, no está huérfano de protección.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. A. Mena.*

La parte demandada no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

No vemos que se haya alegado en la petición ningún error de procedimiento sino que más bien se ha alegado la consideración y resolución errónea de las cuestiones planteadas en las alegaciones. Aún cuando tuviéramos duda no debemos expedir el mandamiento de *certiorari* pues estamos convencidos de que las cuestiones de que se queja el peticionario pueden perfectamente considerarse en la apelación.

El peticionario expresa que aunque se ha establecido una apelación pudiera ocurrir que antes de la resolución de su apelación, prescribiese su derecho si necesitase deducir una nueva demanda, pero tal fundamento apenas es persuasivo para este tribunal, pues este es un riesgo que asume todo litigante y hay medios para uno protegerse. Sin embargo, si hay algo en tal situación y el caso es realmente extraordinario, el peticionario podría solicitar de la corte que diera preferencia al caso en el calendario, o en el acto de la vista llamar la atención a la probable extinción del término de prescripción. Se deniega la petición.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.